# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**HENRY DIAZ**                                                                                **PLAINTIFF**
**#12322**

**V.**                **NO. 3:23-cv-00207-JM-ERE**

**POINSETT COUNTY DETENTION CENTER and**
**BJ CARTER**                                                            **DEFENDANTS**

## ORDER

*Pro se* plaintiff Henry Diaz, an Arkansas Division of Correction ("ADC") inmate currently held at the Poinsett County Detention Center ("Detention Center"), filed this civil rights lawsuit under 42 U.S.C. § 1983. *Docs. 1, 4*. Because Mr. Diaz's original and amended complaints were deficient, the Court provided him an opportunity to file a second amended complaint. *Doc. 5*. Mr. Diaz has now filed a second amended complaint. *Doc. 6*.

Mr. Diaz's second amended complaint alleges that: (1) although he suffers from arthritis, Defendants have forced him to sleep on a very thin mattress for three months; (2) Defendants have denied him outdoor recreational time; and (3) Defendants have denied him visitation. Based on these facts, Mr. Diaz has stated a claim regarding the alleged unconstitutional conditions of his confinement against Defendants B.J. Carter, Regina Hindman, Carlie Douglas, and Gunner Weeks. Service is now proper.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare summonses for Defendants Carter, Hindman, Douglas, and Weeks.

2. The United States Marshal is directed to serve each Defendant with a summons and a copy of the complaint, the amended complaint, and the second amended complaint (with any attachments) (*Docs. 1, 4, 6*), without requiring prepayment of fees and costs or security. Service for Defendants Carter, Hindman Douglas, and Weeks should be attempted through the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

SO ORDERED 11 December 2023.

_____
UNITED STATES MAGISTRATE JUDGE