# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**HENRY DIAZ**                                                                                  **PLAINTIFF**
**#12322**

**V.**                      **NO. 3:23-cv-00207-JM-ERE**

**POINSETT COUNTY DETENTION CENTER,** *et al.*         **DEFENDANTS**

## ORDER

*Pro se* plaintiff Henry Diaz has moved to amend his second amended complaint to correctly identify Defendant Gunner Wilson, previously identified as Gunner Weeks. *Doc. 9*.

IT IS THEREFORE ORDERED THAT:

1. Mr. Diaz's motion to amend (*Doc. 9*) is GRANTED.

2. The Clerk is instructed to update the docket sheet to reflect Defendant Gunner Wilson's correct name.

3. The Clerk of Court is directed to prepare a new summons for Defendant Wilson.

2. The United States Marshal is directed to serve Defendant Wilson with a summons and a copy of the complaint, the amended complaint, and the second amended complaint (with any attachments) (*Docs. 1, 4, 6*), without requiring prepayment of fees and costs or security. Service for Defendant Wilson should be

attempted through the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

SO ORDERED 28 December 2023.

_____
UNITED STATES MAGISTRATE JUDGE