## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**HENRY DIAZ**                                                    **PLAINTIFF**
**#12322**

**V.**                            **NO. 3:23-cv-00207-JM-ERE**

**POINSETT COUNTY**
**DETENTION CENTER,** *et al*.                        **DEFENDANTS**

### RECOMMENDED DISPOSITION

### I.    Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Diaz's claims has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Moody may adopt this Recommendation without independently reviewing all the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.    Discussion

*Pro se* plaintiff Henry Diaz, an Arkansas Division of Correction inmate previously detained at the Poinsett County Detention Center, filed this lawsuit under 42 U.S.C. § 1983. *Docs. 1, 4, 6*. Mr. Diaz is currently proceeding on unconstitutional

conditions of confinement claims against Defendants B.J. Carter, Regina Hindman, Carlie Douglas, and Gunner Weeks. *Doc. 7.*

On June 11, 2023, Mr. Diaz filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address. *Doc. 34.* Considering his release, it is unclear whether Mr. Diaz is still entitled to proceed in forma pauperis.[1]

Accordingly, on June 13, 2024, the Court ordered Mr. Diaz to either: (a) file a completed free-world application to proceed in forma pauperis; or (b) pay the $405 filing fee for this action.[2] *Doc. 35.* The Court provided Mr. Diaz 30 days to comply with the June 13, 2024 Order and warned Mr. Diaz that, if he failed to timely comply with the Court's Order, his claims could be dismissed, without prejudice.

To date, Mr. Diaz has failed to comply with the Court's June 13, 2024 Order, and the time for doing so has passed.

Defendants have now moved to dismiss Mr. Diaz's claims against them based on Mr. Diaz's failure to timely comply with the Court's June 13, 2024 Order. *Doc. 36.* For good cause, Defendants' motion (*Doc. 36*) should be GRANTED.

IT IS THEREFORE RECOMMENDED THAT:

---

[1] According to the Court's records, Mr. Diaz has not paid any money toward the filing fee that the Court assessed in November 2023. *Doc. 5.*

[2] Because he has been released, Mr. Diaz no longer qualifies for the reduced fee of $350.

2

1.      Defendants' motion to dismiss (*Doc. 36*) be GRANTED.

2.      Mr. Diaz's claims be dismissed, without prejudice, based on his failure

to comply with this Court's June 13, 2024 Order and prosecute this lawsuit.

3.      The Clerk be directed to close this case.

DATED 16 July 2024.


_____
UNITED STATES MAGISTRATE JUDGE