# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**HENRY DIAZ**                                                                      **PLAINTIFF**
**#12322**

**V.**                                             **NO. 3:23-cv-00207-JM**

**POINSETT COUNTY**
**DETENTION CENTER,** *et al*.                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion to dismiss (*Doc. 36*) is GRANTED. Mr. Diaz's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's June 13, 2024 Order and his failure to prosecute this lawsuit.

The Clerk is instructed to close this case.

IT IS SO ORDERED this 7th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE