IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HENRY DIAZ**                                                                               **PLAINTIFF**
**#12322**

**V.**                            NO. 3:23-cv-00207-JM

**POINSETT COUNTY**
**DETENTION CENTER,** *et al.*                                        **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE